

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Robert Cox et al.,                           \* From the 32nd District Court
        of Mitchell County,
        Trial Court No. 16643.

Vs. No. 11-18-00215-CV                        \* October 16, 2020

Helena Chemical Company,                      \* Opinion by Wright, S.C.J.
        (Panel consists of: Bailey, C.J.,
        Stretcher, J., and Wright, S.C.J.,
        sitting by assignment)
        (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, we reverse the judgment of the trial court insofar as it rendered a take-nothing judgment against Appellants; however, we affirm the judgment of the trial court with respect to Appellants' claims for mental anguish and punitive damages. We remand the cause to the trial court for further proceedings not inconsistent with this court's opinion. The costs incurred by reason of this appeal are taxed one-half against Appellants and one-half against Appellee.